U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 1 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| Marcus Furlow, | : |
| Plaintiff, | : Civil Action No.: 13- 1.014 |
| v. | : |
| GE Capital Bank; and DOES 1-10, inclusive, | : COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendants. | : |

## COMPLAINT

For this Complaint, the Plaintiff, Marcus Furlow, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

2. This Court has original jurisdiction over Plaintiff's TCPA claims. *Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

5. The Plaintiff, Marcus Furlow ("Plaintiff"), is an adult individual residing in Strong, Arkansas.

6. Defendant GE Capital Bank ("GE"), is a Utah business entity with an address of 6510 Millrock Drive, Suite 200, Holladay, Utah 84121.

7. Does 1-10 (the "Agents") are individual agents employed by GE and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

8. GE at all times acted by and through one or more of the Agents.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. Defendants' Abusive Behavior

9. On or around January 2013, Defendants began calling Plaintiff's cellular phones for the purpose of collecting a debt.

10. Defendants contacted Plaintiff's cellular telephone numbers, [xxx-xxx-0406] and [xxx-xxx-3240], using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

11. On approximately four (4) occasions, Plaintiff answered Defendants' Robocalls and waited on hold to speak with a live representative.

12. Once Plaintiff had a live representative of Defendants on the phone, he revoked his consent to receive Defendants' Robocalls on both of his cellular numbers.

13. Nevertheless, Defendants continued to place Robocalls to each of Plaintiff's cellular numbers.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

16. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500-$1500 for each violation pursuant to 47 U.S.C. § 227(b)(3)(B) & (C); and

2. Such other and further relief as may be just and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: February 15, 2013

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff