IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Marcus Furlow                                                    PLAINTIFF(S)


                    v.                        Civil No.  13-1014

GE Capital Bank, et al                                          DEFENDANT(S)


CLERK'S ORDER OF DISMISSAL

    The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a),

Fed.R.Civ.P.,

    IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed  with

prejudice.

    Dated:   April 8, 2013


                                         AT THE DIRECTION OF THE COURT

                                         CHRISTOPHER R. JOHNSON, CLERK


                                         By:___/s/ Carol Nesbit_____
                                                          Deputy Clerk